No. 86–5301. COLLIER v. NEWSOME, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 86–5302. HOLMES v. TAYLOR ET AL. Sup. Ct. S. C. Certiorari denied.

No. 86–5303. BRENT v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 86–5304. WATKINS v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 86–5305. WALTER v. TORRES. C. A. 5th Cir. Certiorari denied.

No. 86–5308. ROGERS v. REDMAN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 86–5311. CISNEROS v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 86–5316. VESAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 86–5317. THOMSEN v. LEVINE, COMMISSIONER, DEPARTMENT OF HUMAN SERVICES. Ct. App. Minn. Certiorari denied.

No. 86–5318. RODMAN v. MCMACKIN ET AL. C. A. 6th Cir. Certiorari denied.

No. 86–5319. GIBSON v. KIVETT ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5323. DILLARD v. IDAHO. Ct. App. Idaho. Certiorari denied.

No. 86–5326. MCCLURE v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.

No. 86–5330. OTWORTH v. SOUTHERN PACIFIC TRANSPORTATION CO. C. A. 9th Cir. Certiorari denied.

No. 86–5333. PRATT v. IGNACIO. C. A. 9th Cir. Certiorari denied.